IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT J. JOHNSON                                                               PLAINTIFF

V.                                      NO. 4:07cv00779 JWC

MICHAEL J. ASTRUE,                                                              DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a motion for attorney's fees (doc. 13). Plaintiff's counsel is directed to file with the Court, within fourteen days of this order, documentation of the administrative decision awarding past-due benefits to Plaintiff, as well as an itemization of attorney time expended representing Plaintiff.

IT IS SO ORDERED this 19th day of July, 2010.


_____
UNITED STATES MAGISTRATE JUDGE